UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA



CRAIG CUNNINGHAM, Pro-se            )
                                    )
    *Plaintiff*                     )
                                    ) CIVIL ACTION NO.: 1:16-cv-01109
v.                                  )
                                    )
Eastern Legal Services, Paul or Poul Hank, Karl Kepper, 33Wireless Inc, and Luis Martinez, Message Communications, Inc., Supreme Data Connections, LLC, William Adomanis, Message Communications, Inc., and Robert Mahanian

**Plaintiff's Motion for Leave to amend**

**1.** The Plaintiff requests leave of the court to amend his complaint. The Plaintiff has identified additional defendants in this case that placed the calls in question.

2. The Plaintiff requests the court grant permission to the Plaintiff to amend his complaint to add them to the case.

3. The Plaintiff has attached a draft complaint and summons to be issued should the court grant leave to amend.

Craig Cunningham
5543 Edmondson Pike, ste 248
Nashville, TN 37211
615-348-1977
11/11/2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

CRAIG CUNNINGHAM, Pro-se )
)
   *Plaintiff* )
) CIVIL ACTION NO.: 1:16-cv-01109
v. )
)
Gregory Charles Mitchell, Eastern Legal Services, Paul or Poul Hank, Karl Kepper, 33Wireless Inc, and Luis Martinez and John/Jane Does 1-5 )

   *Defendants.*

### Plaintiff's Certificate of Service

I hereby certify that a true copy of the foregoing was mailed to the defendants in this case

Craig Cunningham
5543 Edmondson Pike, ste 248
Nashville, TN 37211
615-348-1977
11/11/2016