IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| CRAIG CUNNINGHAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-01109 (GBL/JFA) |
| | ) | |
| GREGORY CHARLES MITCHELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

THIS MATTER comes before the Court on the parties' Joint Motion to Transfer Venue (Dkt. No. 26). Upon consideration of the motion and the parties' representations that jurisdiction and venue are proper in the Middle District of Tennessee, it is hereby

ORDERED that the parties' Joint Motion to Transfer Venue (Dkt. No. 26) is GRANTED; it is further

ORDERED that this case be transferred to the United States District Court for the Middle District of Tennessee; it is further

ORDERED that any party seeking an extension to file an answer must do so in the transferee court.

IT IS SO ORDERED.

ENTERED this 22 day of February, 2017.

Alexandria, Virginia

/s/ 
Liam O'Grady
United States District Judge